**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
PENSACOLA DIVISION

**AMENDED**
**CIVIL RIGHTS COMPLAINT FORM**
**TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983**

[Stamp: PROVIDED TO SANTA ROSA C.I. ON JUL 30 2013 FOR MAILING]

[Stamp: PROVIDED TO SANTA ROSA C.I. ON JUL 30 2013 J.R.C FOR MAILING]

JOSE RAFAEL GARCIA,
Inmate # B07110
(Enter full name of Plaintiff)

vs.

CASE NO: **3:13cv384/MCR/EMT**
(To be assigned by Clerk)

FLORIDA DEPARTMENT OF CORRECTIONS,
SANTA ROSA CORRECTIONAL
INSTITUTION ANNEX;
W.D. RUMMEL, M.D., C.H.O.
KADY HALL, H.I.S. SES,

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

**I. PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: JOSE RAFAEL GARCIA,
Inmate Number: B07110
Prison or Jail: SANTA ROSA CORRECTIONAL
Mailing address: INSTITUTION ANNEX
5850 EAST MILTON ROAD
MILTON, FLORIDA 32583

**II. DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: W. D. RUMMEL, M.D.
    Official position: CHIEF HEALTH OFFICER
    Employed at: SANTA ROSA CI ANNEX
    Mailing address: 5850 E MILTON RD
    MILTON FLORIDA 32583

(2) Defendant's name: KADY HALL, HIS SES
    Official position: HEALTH INFORMATION SPECIALIST
    Employed at: SANTA ROSA CI ANNEX
    Mailing address: 5850 E MILTON RD
    MILTON FLORIDA 32583

(3) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

### III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in ~~state~~ *FEDERAL* court dealing with the same or similar facts/issues involved in this action? J-R-G
Yes( )   No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): JOSE RAFAEL GARCIA, DC#B07110
   (b) Defendant(s): FLA. DEPT OF CORRECTIONS; W.O. RUMMEL M.D. CHO SANTA ROSA CI ANNEX; KADY HALL, HIS SES
2. Name of judge: TIMOTHY J. CORRIGAN   Case #: 3:13-CV-754-J99TJC-JBT
3. County and judicial circuit: DUVAL, MIDDLE DISTRICT OF FLORIDA
4. Approximate filing date: JUNE, 27/2013
5. If not still pending, date of dismissal: N/A
6. Reason for ~~dismissal~~: ORDER OF TRANSFER
7. Facts and claims of case: DOC. DENIAL TO ADMINISTER MEDICATIONS, HYGEINE SUPPLES TO ADA IMPAIRED PERSON.

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in ~~federal~~ *STATE* court dealing with the same or similar facts/issues involved in this action? J-R-G.
Yes(✓)   No( )

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____  Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( X )   No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): *Jose Rafael Garcia, DC#B07110*
   b. Defendant(s): *R. McCracken, et al*
2. District and judicial division: *SOUTHERN DISTRICT OF PALM BEACH*
3. Name of judge: *KENNETH MARRA*   Case #: *9:12-CV-80309/KM*
4. Approximate filing date: *MARCH, 2012*
5. If not still pending, date of dismissal: *N/A*
6. Reason for dismissal: *N/A*
7. Facts and claims of case: *MEDICA CIVIL RIGTHS COMPLAIT 1983.*

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( X )   No( )

1. Parties to previous action:
   a. Plaintiff(s): *Jose Rafael Garcia, DC#B07110*
   b. Defendant(s): *PALM BEACH COUNTY SHERIFF'S OFFICE; RICK BRADSHA, et al,*
2. District and judicial division: *SOUTHERN DISTRICT OF PALM BEACH*
3. Name of judge: *NOT KNOWN*   Case Docket # *NOT KNOWN*
4. Approximate filing date: *2010*   Dismissal date: *2012*
5. Reason for dismissal: *Frivolous.*

4

6. Facts and claims of case: _MEDICAL CIVIL RIGTHS COMPLAINT 1983._

**(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

MD-RUMMEL: HE ORDERED THE COMPLETE CESSATION OF ALL MEDICAL CARE AND MEDICATION; PASSES. ON JUNE, 20, 2013.

D.O.C.: RESPONSIBLE FOR DR. RUMMEL'S ACTIONS ORDERED I A NON PROFESSIONAL WAY AND RESPONSIBLE FOR VIOLATION TO BE ALLOWED OF CRUEL PUNUSHMENT FOR MY FEDERAL LAW SUIT.

SANTA ROSA C.I.: RESPONSIBLE FOR MY DAILY CARE TO NOT ALLOW ANY VIOLATIONS OF MY CONSTITUTIONAL RIGHTS; OR UNSAFE CONDITINS

RUMMEL, M.D.: ON JUNE 9, 2013, ORDERED TO DENY ANY REQUEST MAKE FOR ANY SICKCALL. I HAVE RASH IN BUTTOCK AREA: HE IS REFUSING TO ASSES.

SANTA ROSA C.I.: IS ENDANGERING MY VERY LIFE TO SURVIVE AS ONCE DIAPERS, WIPES, CANE ARE REMOVED. I CAN NOT GO TO MEALS TO EAT, THE 3 TIMES A DAY MEALS TAKE 30 TO 45 MINUTES EACH; IF I GO TO BATH ROOM ON MY SELF; OTHER INMATES MAY ATTACK ME; OR OFFICERS MAY BE RUDE TO ME; OR PLACE ME IN A CONFINEMENT.

DOC: THERE IS A PENDING FEDERAL LAW SUIT INVOLVING ALL THE AFOREMENTIONED INDIVIDUALS. I HAVE BEEN IN A CONFLICT WIT DOC SINCE MY MEDICAL AFFLICTIONS BEGIN IN 2007. IT IS A PROGRESSIVE DISEASE; AS MY CONDITION CONTINUES TO DEPRECIATE; THEY SEEM TO WANT ME TO DIE.

I HAVE EXHAUSTED ALL MY LOCAL REMEDIES HERE AT SANTA ROSA C.I. ANNEX. AND IN TALLAHASSEE WITH INFORMAL GRIEVANCES TO FORMAL GRIEVANCES ALL DENIED.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

I AM INCONTINENT OF FECES AND URINE DUE TO MY MEDICAL DIAGNOSIS. I HAVE NUEROPATHY. ON JUNE, 2013, THIS PRISON TOLD ME ON JUNE, 24, 2013, THEY ARE STOPPING ALL MY SUPPLIES OF DIAPERS, WIPES, MY MEDICATIONS FOR MIGRINES, NEUROLOGICAL, BLADDER PAIN, B/P, /CANE, WALKING SHOES, AND HADICAPPED PASSES. I WOULD NOT BE ABLE TO FUCTION AS A PERSON IN DAILY LIVING. THIS IS CRUEL PUNISHMENT AND I AND PRISON BY STATE OF FLORIDA BY EIGHT U.S.C.A. RIGHTS ARE BEING VIOLATID I AM IN TERRIBLE LIFE OR DEATH SITUATION NOT FUNCTION IN A PRISON.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I AM REQUESTING THIS COURT TO ORDER THE D.O.C.; SANTA ROSA C.I. ANNEX; DR. RUMMEL, TO STOP AND DESIST FROM THIS UNLAWFULL ACTIONS AND THE WRONGFUL CARE OF ONE HUMAN LIFE; THE COURT TO ORDER THE FULL PRIVILEGES DUE TO ME BY THE LAWS OF FLORIDA FOR MY MEDICACAL CONDITION, WHICH IS ALL NECESSARY MEDICAL SUPPLIES AND MEDICATION, CANE, DISABILITY PASSES; AN 90 DAY REVIEW BY THIS COURT AS TO THE DEFENDANT'S COMPLAINES.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

J-RG
30, JULY 2013,
(Date)

_____
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the **30** day of **JULY**, 20**13**.

30
J.R.C.

_____
(Signature of Plaintiff)

Revised 03/07

JOSE RAFAEL GARCIA,
B07110
SANTA ROSA CORRECTION
INSTITUTION. ANNEX.
850 MILTON ROAD
MILTON, FLORIDA 32583

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

U.S. POSTAGE >> PITNEY BOWES

ZIP 32583 $ 000.66⁰
02 1W
0001370476 JUL 31 2013

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CLERK. OF COURT

ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502

32502566599

FOR LEGAL
USE ONLY