UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF FLORIDA PENSACOLA DIVISION

JOSE RAFAEL GARCIA,
DC#B07110
PLAINTIFF,

CASE NO: 3:13 CV 384/MCR/EMT

VS.

FLORIDA DEPARTMENT OF CORRECTIONS;
SANTA ROSA CORRECTIONAL INSTITUTION ANNEX;
WILLIAM DAVID RUMMEL, M.D. CHO;
KADY HALL, HIS SES;
DEFENDANTS.

## EMERGENT MEDICAL INJUNCTION

COMES NOW, JOSE RAFAEL GARCIA, PRO SE, AND MOVES THIS HONORABLE COURT FOR EMERGENT MEDICAL INJUNCTION PURSUANT TO THE 8TH USCA AMENDMENTS RIGHTS GUARANTEED BY THE UNITED STATES CONSTITUTION.

PETITIONER PROCLAIMS DEPRIVATION OF PRESCRIBED MEDICATIONS AND MEDICAL SUPPLIES NECESSARY FOR PETITIONER'S IMMEDIATE NEED FOR RELIEF FROM HIS PAIN AND SUFFERING OF HIS CURRENT CONFIRMED MEDICAL DIAGNOSISES BY SANTA ROSA CORRECTIONAL INSTITUTION ANNEX; DR. RUMMEL, AND MEDICAL STAFF.

Petitioner proclaims that he was transferred from the aforementioned annex to Lake Butler Medical Institution for evaluation of gastro-intestinal previous diagnosis of chronic constipation; neurogenic bladder resulting in loss of control in petitioner's bowel and bladder eliminations.

Butler Institution; Dr. Geerken did evaluate and prescribe the following medications and mode of medical treatments for petitioner.

On August 21, 2013; petitioner was transferred to Butler R.M.C. Main Unit and on August 22, 2013, seen by Dr. Geerken who performed colonoscopy and ordered the following:
1. Colonoscopy with endoscopy DC4-702.
2. Five diapers per day DC4-714B.
3. Coushe seat DC4-714B.
4. Low residue food diet DC4-714B.

MEDICATIONS PRESCRIBED
1. Ranitidine (Zantac) RX3381102 T.I.D. for stomach acid.
2. Lactulose RX3381103 30mL each day for relief of constipation.
3. Simethicone chewable 80 mG RX3381104. Two tablets T.I.D.

On August 28, 2013; petitioner is seen by Dr. Martinez, E. at Butler R.M.C. Main Unit and evaluated petitioner's other medical conditions; prescribing the following:

1. Lyrica 75 mG T.I.D. for neuropathy pain of the eye's diagnosed in 2007 by Dept. Corrections.
2. Ketoconazole 2% Cream RX3382427 - Aply to the genital and buttock rashes.

-2-

3. TOLNAFTATE CREAM 1% PRN TO AFFECTED AREA.

PASSES ISSUED AT BUTLER R.M.C. FOR PETITIONER
1. LOW RESIDUE DIET DC4-728.
2. MEDICAL SUPPLIES WEEKLY OF TWO BOXES OF CLEANSING WIPES; THREE BOXES OF DIAPERS (18 COUNT PER BOX); ONE BOX OF BED WATERPROOF PADS; DC4-701D.

ON SEPTEMBER 24, 2013; PETITIONER RETURNS TO SANTA ROSA CORRECTIONAL INSTITUTIONAL ANNEX AND IS NOT PLACED IN A HADICAPPED CELL AS BEFORE; BUT A REGULAR CELL.

ON SEPTEMBER 26, 2013;
PETITIONER IS ISSUED THREE DIAPERS AND 1 PLASTIC DISPOSAL BAG ON A DAILY BASIS.
MEDICATIONS PRESCRIBED AT BUTLER ARE NOT CONTINUED; CONSISTING OF:
1. LYRICA FOR EYE PAIN.
2. KETOCONAZOLE CREAM FOR RASHES.
3. THE LOW RESIDUE DIET IS CANCELLED.
4. SIMETHICONE CHEWABLE FOR STOMACH GAS AND HEART BURN.
5. LACTULOSE FOR CONSTIPATION.

PETITIONER IS REFUSED AN APPOINTMENT WITH DR. RUMMEL.

PETITIONER PROCLAIMS HE IS SUBJECTED TO PAIN IN HIS EYE'S DAILY TO THE LEVEL OF A MIGRAINE; WHICH LYRICA RELIEFED. PETITIONER SUFFERS FROM A ITCHING, BURNING RASH IN THE PERI AREA WHICH IS A DIRECT RESULT OF OF WEARING SOILED OR SWEAT FILLED DIAPER THAT HE MUST WEAR FOR 1 DIAPER EACH 8 HOURS, WALKING APPROXIMATELY TWO MILES PER DAY IN

GREATER THAN 90 DEGREE HEAT FOR MEALS AND DAILY MEDICAL PICKUP OF SUPPLIES AND MEDICATIONS, AT SANTA ROSA ANNEX.

PETITIONER HAS SUFFERED DAILY CONSTIPATION, STOMACH UPSET SINCE SEPTEMBER 24, 2013 BY THE WILLFULL DISCONTINUATION OF LOW RESIDUE DIET, LACTULOSE, SIMETHICONE.

PETITIONER UPON REVIEW; SEES NO RATIONALE REASON FOR THIS DEPRIVATION OF HIS IMMEDIATE NEED OF THESE MEDICATIONS AND TREATMENTS PRESCRIBED BY A DEPT. OF CORRECTIONS MEDICAL DOCTOR.

PETITIONER UPON REVIEW; CONTENDS THIS AFOREMENTIONED ACTIONS BY SANTA ROSA ANNEX TO BE THEFORE CRUEL AND UNUSUAL TREATMENT AND CONSIDERS INHUMANE; A DISREGARD TO HUMAN LIFE; VIOLATING THE PETITIONER'S 8TH USCA RIGHTS.

PETITIONER PROCLAIMS HIS LIFE EXISTENCE IS IN DANGER OF GASTRO-INTESTINAL INFECTION OF CONSTIPATION; STAPHYLOCCUS; STREPHOLOCCUS BACTERIA SKIN INFECTIONS IN THE PERI AREA; LOSS OF COGNITIVE ABILITIES DUE TO EYE PAIN IF THIS COURT DOES NOT REMEDY THIS PRIMA FACIE EXISTANCE OF INHUMANE TREATMENT TO THE PETITIONER AT SANTA ROSA ANNEX.

PETITIONER REQUESTS THIS COURT ORDER SANTA ROSA ANNEX TO IMMEDIATELY INSTITUTE THE MEDICAL/DIET REGIMEN INITIATED AT BUTLER MEDICAL R.M.C. FOR THE PETITIONER IN AUGUST 2013 FOR PETITIONER'S RELIEF AND SUSTENACE OF DAILY LIVING NEEDS.

RESPECTFULLY SUBMITTED

DATE: OCTOBER 03, 2013

*Jose Rafael Garcia* #17
JOSE RAFAEL GARCIA, PRO SE,
DC# B07110/K3105 U

-4-

## CERTIFICATE OF SERVICE

I CERTIFY THAT I MAILED THIS DOCUMENT TO:
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION
CLERK, U.S. DISTRICT COURT
ONE NORTH PALAFOX STREET
PENSACOLA, FLORIDA 32502

## OATH

UNDER PENALTY OF PERJURY, I DECLARE THIS MOTION CONTENTS AND FACTS ARE TRUE AND CORRECT THIS 03 DAY OF OCTOBER, 2013.

RESPECTFULLY SUBMITTED,

/PRO SE,
DC# B07110/K3105 U
JOSE RAFAEL GARCIA,
SANTA ROSA CORRECTIONAL
INSTITUTION ANNEX. 5850
EAST MILTON ROAD
MILTON, FLORIDA 32583

JOSE RAFAEL GARCIA, DC#D3110/K31050
SANTA ROSA CORRECTIONAL
INSTITUTION ANNEX, 5850
EAST MILTON ROAD MILTON,
FLORIDA 32583

LEGAL MAIL

MAILED FROM
A STATE CORRECTIONAL
INSTITUTION

3250256850

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
OF FLORIDA PENSACOLA DIVISION
Clerk, U.S. District Court
One North Palafox Street
Pensacola, Florida 32502

U.S. POSTAGE » PITNEY BOWES
ZIP 32583 $0.460
02 1W
0001370476 04 2013