UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSE RAFAEL GARCIA, #B07110**

    **Plaintiff,**

v.        Case No. 3:13cv384/MCR/EMT

**FLORIDA DEPARTMENT OF CORRECTIONS, et al.,**

    **Defendants.**
_____/

## ORDER

    This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated June 13, 2014 (doc. 26).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of the timely filed objections.

    Having considered the Report and Recommendation, and the objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    Plaintiff's Motion for Emergent Medical Injunction (doc. 15) is **DENIED** as moot.

    **DONE and ORDERED** this 11th day of August, 2014.

                    *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **CHIEF UNITED STATES DISTRICT JUDGE**