UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSE RAFAEL GARCIA,

    Plaintiff,

v.                                                     Case No.: 3:13cv384/MCR/EMT

FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 14, 2014 (doc. 37).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    Plaintiff's Motion for Injunctive Relief (doc. 34) is **DENIED**.

**DONE AND ORDERED** this 12th day of September 2014.

                                                              s/ *M. Casey Rodgers*
                                                        **M. CASEY RODGERS**
                                                        **CHIEF UNITED STATES DISTRICT JUDGE**