**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JOSE RAFAEL GARCIA,
Inmate No. B07110,

      Plaintiff,

v.                                 CASE NO. 3:13cv384/MCR/EMT

MR. ROMO, et al.,

      Defendants.
_____/

**O R D E R**

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 21, 2016.  ECF No. 60.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      The complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)

for failure to state a claim upon which relief may be granted.

3.      This dismissal is deemed a "strike" for purposes of 28 U.S.C. § 1915(g).

4.      All pending motions are denied as moot.

**DONE AND ORDERED** this 1st day of July, 2016.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**